21cr175 JRT/BRT

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INDICTMENT** |
| | ) |
| Plaintiff, | ) |
| | ) 18 U.S.C. § 1001(a)(2) |
| v. | ) |
| | ) |
| ZACHARY CLIFFORD SPOTTKE, | ) |
| | ) |
| Defendant. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
### (False Statement)

On or about April 25, 2019, in the State and District of Minnesota, in a matter within the jurisdiction of the United States Office of Personnel Management, an agency of the executive branch of the Government of the United States, the defendant,

**ZACHARY CLIFFORD SPOTTKE,**

did knowingly and willfully make a material false statement and representation to the United States Office of Personnel Management, to wit:

Standard Form 86 – Section 22 – Police Record

Q: In the last seven (7) years have you been or are you currently on probation or parole?

A: No;

all in violation of Title 18, United States Code, Section 1001(a)(2).



1

United States v. Zachary Clifford Spottke

## COUNT 2
### (False Statement)

On or about April 25, 2019, in the State and District of Minnesota, in a matter within

the jurisdiction of the United States Office of Personnel Management, an agency of the

executive branch of the Government of the United States, the defendant,

### ZACHARY CLIFFORD SPOTTKE,

did knowingly and willfully make a material false statement and representation to the

United States Office of Personnel Management, to wit:

Standard Form 86 – Section 22 – Police Record

Q:  Have you EVER been charged with an offense involving alcohol or drugs?

A:  No;

all in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT 3
### (False Statement)

On or about April 25, 2019, in the State and District of Minnesota, in a matter within

the jurisdiction of the United States Office of Personnel Management, an agency of the

executive branch of the Government of the United States, the defendant,

### ZACHARY CLIFFORD SPOTTKE,

did knowingly and willfully make a material false statement and representation to the

United States Office of Personnel Management, to wit:

Standard Form 86 – Section 22 – Police Record

Q:  Have you EVER been issued a summons, citation, or ticket to appear in court in a proceeding against you?

United States v. Zachary Clifford Spottke

A: No;

all in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT 4
### (False Statement)

On or about April 25, 2019, in the State and District of Minnesota, in a matter within the jurisdiction of the United States Office of Personnel Management, an agency of the executive branch of the Government of the United States, the defendant,

## ZACHARY CLIFFORD SPOTTKE,

did knowingly and willfully make a material false statement and representation to the United States Office of Personnel Management, to wit:

Standard Form 86 – Section 23 – Illegal Use of Drugs

Q: In the last seven (7) years, have you illegally used any drugs or controlled substances? Use of a drug or controlled substance includes injecting, snorting, inhaling, swallowing, experimenting with or otherwise consuming any drug or controlled substance.

A: No;

all in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT 5
### (False Statement)

On or about April 25, 2019, in the State and District of Minnesota, in a matter within the jurisdiction of the United States Office of Personnel Management, an agency of the executive branch of the Government of the United States, the defendant,

## ZACHARY CLIFFORD SPOTTKE,

3

United States v. Zachary Clifford Spottke

did knowingly and willfully make a material false statement and representation to the

United States Office of Personnel Management, to wit:

Standard Form 86 – Section 23 – Illegal Use of Drugs

Q:  Have you ever been ordered, advised, or asked to seek counseling or treatment as a result of your illegal use of drugs or controlled substances?

A:  No;

all in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT 6
(False Statement)

On or about April 25, 2019, in the State and District of Minnesota, in a matter within

the jurisdiction of the United States Office of Personnel Management, an agency of the

executive branch of the Government of the United States, the defendant,

## ZACHARY CLIFFORD SPOTTKE,

did knowingly and willfully make a material false statement and representation to the

United States Office of Personnel Management, to wit:

Standard Form 86 – Section 24 – Use of Alcohol

Q:  In the last seven (7) years has your use of alcohol had a negative impact on your work performance, your professional or personal relationships, your finances, or resulted in intervention by law enforcement/public safety personnel?

A:  No;

all in violation of Title 18, United States Code, Section 1001(a)(2).

United States v. Zachary Clifford Spottke

## COUNT 7
(False Statement)

On or about April 25, 2019, in the State and District of Minnesota, in a matter within the jurisdiction of the United States Office of Personnel Management, an agency of the executive branch of the Government of the United States, the defendant,

**ZACHARY CLIFFORD SPOTTKE,**

did knowingly and willfully make a material false statement and representation to the United States Office of Personnel Management, to wit:

Standard Form 86 – Section 24 – Use of Alcohol

Q:  Have you EVER been ordered, advised, or asked to seek counseling or treatment as a result of your use of alcohol?

A:  No;

all in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

_____        _____
ACTING UNITED STATES ATTORNEY        FOREPERSON