IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: BECKY R. THORSON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:   21-cr-175 JRT/BRT |
| | ) | Date:   August 13, 2021 |
| Zachary Clifford Spottke, | ) | Video Conference |
| | ) | Time Commenced:   1:15 p.m. |
| Defendant, | ) | Time Concluded:   1:27 p.m. |
| | | Time in Court:   12 minutes |

APPEARANCES:

Plaintiff: Angelica Ramirez, Assistant U.S. Attorney
Defendant: Manny Atwal, Assistant Federal Public Defender
  X FPD          X To be appointed

Date Charges Filed: 8/11/2021          Offense: false statement

X Advised of Rights

on     X Indictment

**Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.**

X Defendant also arraigned at this hearing, see separate arraignment minutes.
X Government moves to unseal the case.          X Granted

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.
Defendant detained until a bed is available.

                                                                       s/SAE
                                                          Signature of Courtroom Deputy