*KATHERIAN D. ROE
Federal Defender

*MANNY ATWAL
First Assistant Defender

*DOUGLAS OLSON
Senior Litigator

CHAD M. SPAHN
Senior Investigator

OFFICE OF THE
**FEDERAL DEFENDER**
**District of Minnesota**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

JAMES BECKER
*SHANNON ELKINS
LISA LOPEZ
KEALA EDE
DOUGLAS MICKO
ROB MEYERS
ERIC RIENSCHE
SARAH WEINMAN
Assistant Defenders

*MSBA Certified Criminal Law Specialist

October 14, 2021

**VIA CM/ECF**
Honorable Becky R. Thorson
United States Magistrate Judge
646 Federal Building & U.S. Courthouse
316 North Robert Street
St. Paul, MN  55101

      RE:    *United States v. Zachary Clifford Spottke*
              *CR: 21-175 (JRT/BRT)*

Dear Magistrate Thorson:

I am writing to inform the Court that the defendant will not be filing pretrial motions in the above-referenced matter. The defendant and prosecution anticipate a settlement and hereby request the motion hearing currently scheduled for November 8, 2021 at 9:30 a.m., be canceled.

Very Truly Yours,

*s/ Douglas L. Micko*

DOUGLAS L. MICKO
Assistant Federal Defender

DLM/sls